UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESHAWN JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>POM Recoveries, INC.,<br><br>Defendant. | Case No.: 1:17-cv-06118-ADS-AKT |

## NOTICE OF MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE THAT Plaintiff, DESHAWN JACKSON, will move before the Court, at the United States Courthouse for the Eastern District of New York, before the Honorable Arthur D. Spatt, United States District Judge, at the Alphone D'Amato United States Courthouse, 100 Federal Plaza, Central Islip, New York, 11722, at such time and date as the Court shall set, for an Order pursuant to Local Rule 6.3, Fed. R. Civ. Pro. 60 and 72, reconsidering the Order of Magistrate Judge Tomlinson dated March 28, 2018, which granted Defendant's motion for a protective Order – in part – against certain discovery demands served by Plaintiff, together with such other and further relief as this Court deems just, appropriate and proper.

Dated: Garden City, New York
      April 2, 2018

                              Respectfully submitted,

                              BARSHAY SANDERS, PLLC
                              *Attorneys for Plaintiff*

                              By:    *s/ Jonathan M. Cader*
                              Jonathan M. Cader, Esquire
                              David M. Barshay, Esquire
                              Craig B. Sanders, Esquire
                              100 Garden City Plaza, Suite 500
                              Garden City, New York 11530
                              Telephone: (516) 203-7600
                              Facsimile: (516) 706-5055
                              jcader@sanderslawpllc.com
                              dbarshay@barshaysanders.com
                              csanders@barshaysanders.com

To:    Robert Arleo, Esq.
        Michael Kohl, Esq.
        *Via ECF*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 4th day of April, 2018, a true and correct copy of the foregoing was served on all counsel of record *via* the Court's ECF service, with notice of case activity generated.

*s/ Jonathan M. Cader*