```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DESHAWN JACKSON,                                                          JUDGMENT

                              Plaintiff,                                  17-CV-6118 (AMD)(AKT)
        v.

POM RECOVERIES, INC.,

                              Defendant.
----------------------------------------------------------------X
```

A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on August 21, 2020, granting defendant's motion for summary judgment; denying plaintiff's motion for summary judgment; and denying defendant's motion for attorney's fees and costs pursuant to § 1692k(a)(3); it is

ORDERED and ADJUDGED that defendant's motion for summary judgment is denied; that plaintiff's motion for summary judgment is denied; that defendant's motion for attorney's fees and costs pursuant to § 1692k(a)(3) is denied; and that judgment is hereby entered in favor of defendant.

Dated: Brooklyn, New York  
       August 24, 2020

Douglas C. Palmer  
Clerk of Court

By:    */s/Jalitza Poveda*  
      Deputy Clerk